UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  WALDRON, WILLIAM

Case No.: 17-14654
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __05/16/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
330 Rt. 35 South
Unit 40
Pt. Pleasant, NJ
Value: $150,000.00
debtor owns 1/2 interest

Liens on property:    Chase - $104,206.00

Amount of equity claimed as exempt: $22,897.00

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
William J. Waldron  
    Debtor

Case No. 17-14654-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 12, 2017  
                 Form ID: pdf905    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
```
db              +William J. Waldron,    330 Route 35 South,    Unit 40,    Point Pleasant Beach, NJ 08742-4127
516746662       +CITIBANK,    PO BOX 790040,    ST. LOUIS, MO 63179-0040
516691709       +Capitol One Bank,    POB 71083,    Charlotte, NC 28272-1083
516691707       +Chase Bank,    POB 24696,    Columbus, OH 43224-0696
516691711       +Discover Card,    POB 1084,    Charlotte, NC 28201
516691708      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                 (address filed with court:  Fifth Third Bank,    POB 630778,    Cincinnati, OH  45263)
516692175       +Fingerhut,    PO Box 166,    Newark, NJ 07101-0166
516692176       +First Premier Bank,    POB 5524,    Sioux Falls, SD 57117-5524
516692177       +Legacy First National Bank,    POB 5097,    Siux Falls, SD 57117-5097
516692179       +Raymour and Flanagan Wells Fargo Bank,    POB 660553,    Dallas, TX 75266-0553
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2017 22:24:02      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2017 22:24:00      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516707214       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 12 2017 22:28:27
                  Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
516691710       +E-mail/Text: creditonebknotifications@resurgent.com Apr 12 2017 22:23:13      Credit One Bank,
                  POB 98873,    Las Vegas, NV 89193-8873
516692178       +E-mail/Text: bkr@cardworks.com Apr 12 2017 22:23:05      Merrick Bank,    POB 9201,
                  Olf Bethpage, NY 11804-9001
516692180       +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2017 22:28:05      Walmart,    POB 530927,
                  Atlanta, GA 30353-0927
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
```
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```