## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 17-14654 |
| | : | | |
| William J. Waldron | : | Chapter: | 7 |
| | : | | |
| | : | Judge: | Gravelle |
| Debtor(s) | : | | |
| | : | | |

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒   Abandonment

☐   Public Sale

☐   Private Sale

☐   Settlement of Controversy

☐   Auctioneer Compensation

Description of Property (if applicable):
330 Rt. 35 Soouth, Unit 40, Pt. Pleasant, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 5/10/2017_____          By: Gary A. Nau_____

*rev.2/10/17*